IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **VS.** | * | CR. NO. 05-00322-CG |
| **TIMATRIO JAMAL HICKS,** | * | |
| **Defendant.** | * | |

## ORDER

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby **AMENDS** nunc pro tunc sheet 3 of the judgment which was entered in the above styled case on June 15, 2006, to read as follows:

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years on each of Counts 1 and 3; said terms to run concurrently.

**DONE AND ORDERED** this 23rd day of June, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE