AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TIMATRIO JAMAL HICKS | ) | Case No: 1:05-CR-00322-001 |
| | ) | USM No: 09283-003 |
| Date of Previous Judgment: 06/15/2006 | ) | Pro Se |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  181 months  months **is reduced to**  180 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 29          Amended Offense Level: 27
Criminal History Category: IV       Criminal History Category: IV
Previous Guideline Range: 121 to 151 months    Amended Guideline Range: 120 to 125 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The sentence is reduced by only one month because the mandatory statutory minimum on Count One, which the court cannot go below, is 120 months, followed by a mandatory 60 month consecutive sentence on Count Three.

Except as provided above, all provisions of the judgment dated  06/15/2006  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 06/12/2008                  /s/ Callie V. S. Granade
                                        Judge's signature

Effective Date: _____
(if different from order date)          Chief United States District Judge
                                        Printed name and title